IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASON L. WILLIAMS,

   Appellant,

 v.

           Case No.  5D22-777
           LT Case No. 2012-CF-000707-A

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed July 26, 2022

3.800 Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Jason L. Williams, Okeechobee, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

  AFFIRMED.


COHEN, EDWARDS and WOZNIAK, JJ., concur.